IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REED MARTIN and REGIS CLAUS, Trustees on behalf of PLUMBERS LOCAL UNION NO. 27 COMBINED FUNDS, ) ) ) ) | |
| Plaintiffs, ) | No. 05-1374 |
| ) | |
| vs. ) | Hon. Gary L. Lancaster |
| ) | |
| R.C. KAISER PLUMBING, INC., ) ) | |
| Defendant. ) | |

CONSENT ORDER

AND NOW, this 10th day of Feb. 2006, with the consent of the parties through their authorized attorneys, it is hereby ordered that a Judgment is hereby entered in favor of the Plaintiffs and against Defendant in the amount of $29,245.57. Defendant agrees to submit payments on these judgments as follows:

| | | |
|---|---|---|
| By April 29, 2006 | - | $36,831.61 |
| By May 31, 2006 | - | $36,831.62, plus additional interest from December 31, 2005 |
| By June 30, 2006 | - | $42,142.56 |

Defendant agrees to timely submit all weekly reports with payments on a timely basis beginning with the January 25, 2006 weekly report.

If Defendant complies with the terms of this Order and timely submits the first two payments by April 29, 2006 and May 31, 2006, respectively, Plaintiffs agree to:

(1) refrain from executing on such Judgment;
(2) waive the payment due by June 30, 2006;
(3) settle and discontinue the above-captioned law suit;
(4) satisfy the judgment entered in favor of Plaintiffs and against Defendant at Civil Docket No. 04-497 in the Western District of Pennsylvania; and
(5) settle and discontinue Plaintiffs' lawsuit at Civil Docket No. GD06-00568 in the Court of Common Pleas of Allegheny County.

All payments are to be forwarded to Jeffrey J. Leech, Esquire, Tucker Arensberg, P.C., attorneys for the Plaintiffs, at 1500 One PPG Place, Pittsburgh, Pennsylvania 15222 so that the payment shall actually be received on or prior to each due date.

In the event any installment of principal or interest or any part thereof is not paid when it becomes dues or in the event of any default of any obligation of the Undersigned, hereunder or otherwise, the principal sum remaining unpaid hereunder, together with all interest thereon, shall immediately and without notice become due and payable at the election of the holder at any time thereafter.

The Undersigned shall have the right to prepay the amounts due by April 29, 2006 and May 31, 2006 at any time and from time to time, in whole or in part, without penalty.

CONSENTED TO:

_____
United States District Judge

s/ Neil J. Gregorio
_____
Neil J. Gregorio, Esquire
Attorney for Plaintiffs


s/ John P. Lacher
_____
John P. Lacher, Esquire
Attorney for Defendant

LIT:383188-1 014051-011909